No. 99–9005. IN RE ABIDEKUN. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [529 U. S. 1096] denied.

No. 99–9647. IN RE VONDETTE; and

No. 99–9669. IN RE CROMEDY. Petitions for writs of habeas corpus denied.

No. 99–9395. IN RE MORRISON;

No. 99–9527. IN RE MORRISON;

No. 99–9555. IN RE MORRISON; and

No. 99–9567. IN RE MORRISON. Petitions for writs of mandamus denied.

No. 99–1696. IN RE JOHNSTON. Petition for writ of mandamus and/or prohibition denied.

No. 99–1529. EGELHOFF *v.* EGELHOFF, A MINOR, BY AND THROUGH HER NATURAL PARENT, BREINER, ET AL. Sup. Ct. Wash. Motions of Boeing Co. et al. and American Council of Life Insurers for leave to file briefs as *amici curiae* granted. Certiorari granted. 

No. 99–1680. CITY NEWS & NOVELTY, INC. *v.* CITY OF WAUKESHA. Ct. App. Wis. Certiorari granted limited to Question 3 as presented by the petition. 

No. 99–679. CONOVER *v.* FERNALD ENVIRONMENTAL RESTORATION MANAGEMENT CORP. ET AL. C. A. 6th Cir. Certiorari denied. 

No. 99–1383. U. S. HEALTHCARE, INC. *v.* BAUMAN ET UX., INDIVIDUALLY AND AS ADMINISTRATORS AD PROSEQUENDUM OF THE ESTATE OF BAUMAN, DECEASED. C. A. 3d Cir. Certiorari denied. 

No. 99–1555. BICKERSTAFF *v.* VASSAR COLLEGE. C. A. 2d Cir. Certiorari denied. 

No. 99–1563. S&M ENTERPRISES *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.